United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN J. STRINGFELLOW,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv1050 |
| TRANSUNION LLC,<br>*Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 9, 2024, (Dkt.17) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff must file an Amended Complaint that complies with the rulings in the Memorandum and Recommendation within 14 days of entry of this Order of Adoption. Failure to do so will result in dismissal of this case with prejudice.

**SIGNED** at Houston, Texas this  31st  day of October, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE