United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN J. STRINGFELLOW, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv1050 |
| TRANSUNION LLC, *Defendant.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 20, 2025 (Dkt. 32) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

The Court will enter a separate Final Judgment.

**SIGNED** at Houston, Texas this __25th__ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE