United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| STEVEN J. STRINGFELLOW,<br>*Plaintiff,*<br><br>V.<br><br>TRANSUNION LLC,<br>*Defendant* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:24cv1050<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with this court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED** in their entirely **WITH PREJUDICE** and Plaintiff shall take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this **25th** day of June, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE